# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 263 MAL 2014
:
                Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
GERALD F. STRUBINGER, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.